COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| IN RE: | § | |
| | | No. 08-16-00238-CV |
| FAMOUS CHICKEN OF EL PASO, L.L.C., | § | |
| | | AN ORIGINAL PROCEEDING |
| | § | |
| RELATOR | | IN MANDAMUS |
| | § | |

## J U D G M E N T

The Court has considered this cause on Relator's motion to dismiss the original proceeding and concludes that the original proceeding should be dismissed, in accordance with the opinion of this Court. We therefore dismiss the original proceeding. Costs of the original proceeding are taxed against the party incurring the same. *See* TEX.R.APP.P. 42.1(d). This decision shall be certified below for observance.

IT IS SO ORDERED THIS 17TH DAY OF FEBRUARY, 2017.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.